IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FORT DEARBORN LIFE
INSURANCE COMPANY,

                                                    ORDER

                   Plaintiff,

                                                 10-cv-131-bbc

      v.

MARK DANIELS, SR.,
WAYNE LINK and SCOTT
SEIDLER,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      IT IS ORDERED that the request of plaintiff Fort Dearborn Life Insurance Company for discharge from further participation in this matter is GRANTED.  Defendants are to interplead and set up any claims each may have to the proceeds of Jamie Seidler's life insurance policy (Group Life Insurance Policy No. F008510B001), issued to the Forest County Potawatomi Community (Tribal Members) no later than April 21, 2010.

      Plaintiff may move for recovery of its costs and attorney fees associated with this proceeding no later than April 21, 2010.

      FURTHER, IT IS ORDERED that plaintiff is granted leave to deposit into the

1

registry of the court the $175,000 of life insurance proceeds, to be held by the clerk of court in an interest bearing account pending further order of this court.

Entered this 30th day of March, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge